fendant to the charge of the court, and no exceptions to the admission or rejection of evidence were argued, and the only questions presented upon this appeal arise upon the defendant's motion for a nonsuit. It is clear that a question of fact was presented and that it would have been error in the trial judge not to have submitted the issues to the jury, and by its verdict the parties are bound. The judgment and order should be affirmed, with costs. Van Brunt, P. J., and Parker, J., concurred.

Charles L. Levey, Respondent, v. The Kiernan News Agency, Appellant. — Judgment affirmed, with costs. —

Per Curiam: Our examination of the record satisfies us that the appellant is wrong in its contention that a case is presented which makes it the duty of this court to set aside the judgment on the ground that it is against the weight of evidence. The other exceptions to which it calls our attention are not well taken and do not merit discussion. The judgment should be affirmed, with costs. Present — Van Brunt, P. J., Follett and Parker, JJ.

Tudor A. Myers, Plaintiff, v. Harvey Phillips, Defendant.—Motion must be made to declare case abandoned.

David Mayer Brewing Company, Respondent, v. Josiah Denner, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of The Southern Boulevard Railway Company. - Order affirmed, with costs, on opinion of Van Brunt, P. J., in *The Matter of Southern Boulevard Railway Company* (58 Hun, 497).

In the Matter of John B. Seaman.—Order affirmed, with costs on opinion of O'Brien, J., in *Tallmadge* v. *Seaman*.

Sarah A. White v. Dionis Frankel and Another; Andrew J. Dower, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion

The German-American Investment Company, Appellant, v. W. J. Hayes and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements.—

Per Curiam: The decision of the Special Term was authorized by the case of *The William H. Sawyer Lumber Co.* v. *Bussell et al* (31 N Y. Supp. 1107; S. C., 84 Hun, 114). The order should be affirmed, with ten dollars costs and disbursements. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

The New York Board of Fire Underwriters, Respondent, v. Metropolitan Lloyds of New York and Others, Appellants. — Judgment

affirmed, with costs, with leave to defendants to withdraw demurrer and answer over on payment of costs in this court and in the court below. No opinion.

Jacob W. Feeter, Respondent, v. Eliza J Arkenburgh, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

James Hedges, Plaintiff, v. William H. Payne, Defendant.—Motion denied, with ten dollars costs. No opinion.

Luz Diaz Govin, Respondent, v. Luciana Govin de Miranda, Appellant.—Order reversed, with ten dollars costs and disbursements, and motion granted as stated in opinion.—

Per Curiam : For the reasons stated in the opinion in *Govin* v. *De Miranda*, decided herewith (see *ante*, p. 227), the order appealed from should be reversed, with ten dollars costs and disbursements and the motion granted as therein stated Present — Van Brunt, P. J , O'Brien and Follett, JJ.

James S. Miller, Respondent, v. The Manhattan Railway Company and Another, Appellants.—Judgment affirmed, with costs. No opinion.

Empire City Subway Company, Appellant, v. The Columbus and Ninth Avenue Railroad Company, Respondent — Order affirmed, with costs.—

Follett, J.: The same questions are involved in this appeal as those determined in the case of *The Empire City Subway Company, Limited* v. *The Broadway and Seventh Avenue Railroad Company, Houston, West Street and Pavonia Ferry Railroad Company* (see *ante*, p. 279), decided at this term, and the order in this case is affirmed, with costs, on the opinion delivered in the case referred to. Van Brunt, P. J , and O'Brien, J., concurred.

Samuel W. Castner and Others, Respondents, v. John Duryea, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event.—

Per Curiam : For the reasons stated in the opinion in *Herbert* v. *Duryea*, herewith handed down, the judgment should be reversed and a new trial ordered, with costs to appellant to abide the event. Present — Van Brunt, P. J., O'Brien and Follett, JJ. Follett, J., dissenting (See dissenting opinion of Follett, J. in *Herbert* v. *Duryea* (*ante*, p. 288).

In the Matter of the Board of Street Opening, etc. ; In re Guarino.— Reference ordered to Frederick S. Wait to take proof and report with his opinion.

---

## First Department, June Term, 1895.

Bernhard Metz, Plaintiff, v. American Credit Indemnity Company, Defendant.— Motion for new trial denied and judgment ordered dismissing complaint, with costs.—

Per Curiam : Under the contract by which Abraham was employed by the defendant, he had no authority to bind the defendant to pay commissions to the plaintiff; and besides, there is no evidence that Abraham assumed to bind the defendant. The motion for a new trial should be denied and judgment ordered dismissing the complaint, with costs. Present — Van Brunt, P. J., and Follett, J.

Richard C. Fallons, Appellant, v. James O. Hoyt and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lily A. G. Coddington, Appellant, v. Emily K. Bond, Respondent, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The Martens-Turner Company, Respondent, v. James Mackintosh, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Lysander T. Millis, as Receiver, etc., Appellant, v. Edna M. Gardner and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hamilton Weir, Appellant, v. Roger Sullivan, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Chicago and Eastern Illinois Railroad Company, Respondent, v. Henry B. Beecher and Others, Appellants.— Judgment affirmed,